RUTH DE SANTES, Respondent, *v.* MURAL TRANSPORTATION CORPORATION et al., Appellants, and BROOKLYN AND QUEENS TRANSIT CORPORATION et al., Defendants.

Submitted July 23, 1940; decided October 8, 1940.

*Gustave Schwartz* for motion to dismiss and in opposition to motion for leave to appeal.

*Samuel N. Leiterman* and *E. Edan Spencer* for motion for leave to appeal and in opposition to motion to dismiss.

Motion to dismiss appeal granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that the reversal of the judgment of dismissal entered after the trial in favor of one defendant, does not constitute a modification of the judgment in favor of the plaintiff against the other defendants. (See 284 N. Y. 584.)

Motion for leave to appeal granted.